# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,
LP, CROSSTEX LIG, LLC, AND
CROSSTEX PROCESSING
SERVICES, LLC

NO.   2019 CW 1408

VERSUS

**JAN 2 1 2020**

TEXAS BRINE COMPANY, LLC, ET
AL.

In Re:   Occidental Chemical Corporation, OXY USA, Inc., and
Occidental Petroleum Corporation, applying for
supervisory writs, 23rd Judicial District Court,
Parish of Assumption, No. 34202.

**BEFORE:   McDONALD, THERIOT, AND LANIER, JJ.**

**WRIT DENIED.**

JMM
MRT
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT